In *King* v. *Page*, from Jones :

No errors assigned and none appearing on the record, judgment below affirmed.